APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: __MARK BAKER__
(Please print)

STREET ADDRESS: __3137 LISA CT.__

CITY/STATE/ZIP: __TALLAHASSEE FL 32312__

PHONE NUMBER: __850 385 5212__

CASE NUMBER: __10-CV-7653__

__S/MARK BAKER__                __12/6/2010__
Signature                           Date