**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1**
**Eastern Division**

Moran Industries, Inc., et al.

                    Plaintiff,

v.                                            Case No.: 1:10–cv–07653
                                              Honorable William J. Hibbler

Mark E. Baker

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, December 16, 2010:

      MINUTE entry before Honorable William J. Hibbler: Defendant's Unopposed Motion for extension of time until 1/13/2011 to respond to complaint [7] is granted. Status hearing to set discovery schedule set for 2/9/2011 at 9:30 AM. Parties to submit joint proposed discovery schedule to the Court by 2/7/2011. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.