**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **MORAN INDUSTRIES, INC. and Meineke Car Care Centers, Inc.,** ) | |
| Plaintiffs, ) | |
| ) | **No. 10-CV-7653** |
| v. ) | **Honorable Judge Hibbler** |
| ) | |
| **MARK E BAKER** ) | |
| Defendant. ) | |
| _____ ) | |

## RESPONSE TO PLANTIFFS ATTEMPTED RULE 26(F) MEETING

Mark E. Baker (Pro Se Defendant) received an email from Plaintiffs council Fredric A. Cohen on Monday February 7, 2011 at 9:19 a.m. Fredric email asked if Defendant would be able to speak at 11:00 a.m. on February 7, 2011 to discuss proposed discovery. Mark E. Baker changed and cancelled his already planned daily activities and made himself available and confirmed at 9:19 a.m. to Fredric A. Cohen to please call at 11:00 a.m., the requested time Fredric A. Cohen suggested. **Fredric A. Cohen never called Mark E. Baker at 11:00 a.m.** Later that evening Mark E. Baker received an email that activity had taken place on case 10-cv-7653, that activity was Fredric A. Cohen proposed Plaintiffs' discovery schedule. Mark E. Baker never approved Plaintiffs' self serving discovery schedule which includes Plaintiffs' self serving discovery conditions.

1

**DEFENDANT RESPONSE TO PLANTIFFS PROPOSED DISCOVERY SCHEDULE**

Mark E. Baker (Pro Se Defendant) does not agree to any of the dates of Plaintiffs' proposed discovery schedule. Mark E. Baker does not agree to any of the conditions listed in the paragraphs of Plaintiffs' proposed discovery schedule.

**DEFENDANT MOTION TO DISMISS**

Defendant Mark E Baker has previously responded to Plaintiffs' complaint with a motion to dismiss. This court has not ruled on defendant Motion to dismiss. Due to one of the largest blizzards in Chicago history the scheduled notice of Motion to dismiss was rightfully canceled by this court and is to be rescheduled. Defendant has not received the rescheduled date.

Venue in the Northern District of Illinois Is improper under 28 U.S.C. § 1391, the Northern District of Illinois does not have Personal jurisdiction of defendant, and venue here is manifestly And gravely inconvenient and Burdensome forum and would deprive defendant his fair day in court. Mark E. Baker moves this Court to dismiss this case as to him and such other and further relief as the Court deems just and proper. In the event the Court denies the motion for a dismissal, the Defendant requests Thirty (30) days to file an answer.

Respectfully submitted,

February 7, 2011

*/s/ Mark E. Baker*
Mark E. Baker
Pro Se Defendant
3137 Lisa Ct.
Tallahassee, Fl 32312
850-385-5212
mbaker3791@aol.com

2

Certificate of Service

I certify that I have this day electronically filed a complete and accurate copy of the foregoing pleading with the Clerk of this Court. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties and Counsel of record indicated on the electronic filing receipt and the parties may access this filing through the Court's electronic filing system. All additional counsel and unrepresented parties will be served by hand delivery, statutory overnight delivery, facsimile or e-mail transmission, or by depositing a complete and accurate copy of the foregoing pleading in the United States Mail with sufficient postage affixed thereon to carry same to its destination.

 Fredric A. Cohen
Amy C. Haywood
Cheng Cohen LLC
311 K. Aberdeen Street, Suite 400
Chicago. I L 60607

This 7th day of February, 2011.

/*s/ Mark E. Baker*
Mark E. Baker
Pro Se Defendant
3137 Lisa Ct.
Tallahassee, Fl 32312
850-385-5212
mbaker3791@aol.com