# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | William J. Hibbler | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 7653 | **DATE** | 2/8/2011 |
| **CASE TITLE** | MORAN INDUSTRIES, et al. Vs. BAKER | | |

**DOCKET ENTRY TEXT**

Hearing on defendant's Motion to dismiss for lack of jurisdiction [9] is continued to 2/9/2011 at 9:30 AM.

Docketing to mail notices.

| | Courtroom Deputy Initials: | JHC |
|---|---|---|