**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **MORAN INDUSTRIES, INC.** ) <br> **and MEINEKE CAR CARE CENTERS,** ) <br> **INC.,** ) <br> ) <br>       **Plaintiffs,** ) <br> ) <br>   **v.** ) <br> ) <br> **MARK E. BAKER,** ) <br> ) <br>       **Defendant.** ) | **Case No. 10-CV-7653** <br> **Hon. Judge Hibbler** |

**MEINEKE CAR CARE CENTERS, INC.'S NOTIFICATION OF AFFILIATES**

Pursuant to Federal Rule of Civil Procedure 7.1 and L.R. 3.2, Meineke Car Care Centers, Inc. ("Meineke") hereby states the following:

Driven Brands, Inc. is the parent company of Meineke and owns more than 5% of Meineke.

Respectfully submitted,

**MEINEKE CAR CARE CENTERS, INC.**

By:    s/Amy C. Haywood
        One of their Attorneys

Fredric A. Cohen (#6198606)
Amy C. Haywood (#6288230)
**CHENG COHEN LLC**
311 N Aberdeen St, Suite 400
Chicago, IL 60607
(312) 243-1717
fredric.cohen@chengcohen.com
amy.haywood@chengcohen.com

--1--

--2--

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing *MEINEKE CAR CARE CENTERS, INC.'S NOTIFICATION OF AFFILIATES* was electronically filed and served via this court's ECF system on all parties of record, on this 28th day of March 2011.

*s/Amy C. Haywood*
Amy C. Haywood
