**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **MORAN INDUSTRIES, INC.** )<br>and **MEINEKE CAR CARE CENTERS,** )<br>**INC.,** )<br>  )<br>            **Plaintiffs,** )<br>  )<br>     **v.** )<br>  )<br>**MARK E. BAKER,** )<br>  )<br>            **Defendant.** ) | **Case No. 10-CV-7653**<br>**Hon. Judge Hibbler** |

### MORAN INDUSTRIES, INC.'S NOTIFICATION OF AFFILIATES

Pursuant to Federal Rule of Civil Procedure 7.1 and L.R. 3.2, Moran Industries, Inc. ("Moran") hereby states the following:

There are no parents or affiliates owning more than 5% of Moran.

Respectfully submitted,

**MORAN INDUSTRIES, INC.**


By:   s/Amy C. Haywood
      One of their Attorneys

Fredric A. Cohen (#6198606)
Amy C. Haywood (#6288230)
**CHENG COHEN LLC**
311 N Aberdeen St, Suite 400
Chicago, IL 60607
(312) 243-1717
fredric.cohen@chengcohen.com
amy.haywood@chengcohen.com

--1--

--2--

## CERTIFICATE OF SERVICE

      I certify that a copy of the foregoing *MORAN INDUSTRIES, INC.'S NOTIFICATION OF AFFILIATES* was electronically filed and served via this court's ECF system on all parties of record, on this 28th day of March 2011.

                                                  *s/Amy C. Haywood*
                                                  Amy C. Haywood