**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **MORAN INDUSTRIES, INC.** ) | | |
| **and MEINEKE CAR CARE CENTERS,** ) | | |
| Plaintiff, ) | | |
| ) | | |
| ) | **No. 10-CV-7653** | |
| v. ) | **Honorable Judge Hibbler** | |
| ) | | |
| **MARK E BAKER** ) | | |
| Defendant, ) | | |
| _____ ) | | |

NOTICE OF MOTION

To: SEE ATTCHED CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that on March 31, 2011 at 9:30 or as soon thereafter as Pro Se

Defendant may be heard, I shall appear telephonically before the Honorable Judge

William A. Hibbler in Courtroom 1225 via telephone of the Everett McKinley Dirksen Federal

Building 219 S. Dearborn Street, Chicago, Illinois, and then and there present Defendants

Motion For Plantiffs to comply with local rule LR 3.2 "Notice as to Affiliates", a copy of which

Has been served on you.

**Dated: March 28, 2011**

                                                                                                  Respectfully submitted,

                                                                                                   Mark E. Baker

                                                                                                   By: s/ Mark E. Baker
                                                                                                   Pro Se Defendant

Mark E. Baker
3137 Lisa Ct.
Tallahassee, FL 32312
850-385-5212
mbaker3791@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2011, I electronically filed Defendant Mark E. Baker's notice of Motion to Dismiss with the Clerk of Court using the **CM/ECF system** and sent the aforementioned documents via U.S. First Class Mail, postage prepaid to the following:

>Fredric A. Cohen
>Amy C. Haywood
>Cheng Cohen LLC
>311 K. Aberdeen Street, Suite 400
>Chicago, Illinois 60607

>>By: s/ Mark E. Baker
>>Pro Se Defendant