UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 4.2**
Eastern Division

Moran Industries, Inc., et al.
                         Plaintiff,

v.                                             Case No.: 1:10−cv−07653
                                             Honorable William J. Hibbler

Mark E. Baker
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 31, 2011:

      MINUTE entry before Honorable William J. Hibbler: Motion hearing held on 3/31/2011 regarding motion for miscellaneous relief [22], motion for miscellaneous relief [17]. Defendant's Motion to compel compliance with L.R. 3.2 [17] is moot in that plaintiff has complied. Defendant's Motion to extend time to file reply brief until 4/7/2011 [22] is granted. Ruling on the motion to dismiss by mail. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.