## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 4.2**
## Eastern Division

Moran Industries, Inc., et al.

                Plaintiff,

v.                                   Case No.: 1:10−cv−07653
                                       Honorable William J. Hibbler

Mark E. Baker

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 1, 2011:

      MINUTE entry before Honorable William J. Hibbler: Agreed Motion of Moran Industries, Inc. for extension of time until 8/2/2011 to answer or otherwise respond to defendant's counterclaim [31] is granted. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.